TRAUB LIEBERMAN

445 Hamilton Avenue | Suite 900 | White Plains, NY 10601
DIRECT (914) 586-7037 | MAIN (914) 347-2600 | FAX (914) 347-8898
Gregory R. Bennett | Partner | gbennett@tlsslaw.com

**MEMORANDUM ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/2026

July 6, 2026

*Via ECF Only*

The Honorable Gregory H. Woods
U.S. District Court, S.D.N.Y.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re: *Carlton Knowles et al., vs. Biggs & Featherbelle LLC*
Civil Action No.: 26cv2369 (GHW)
Our File No.: 0713.0428

Dear Judge Woods:

The undersigned represents Defendant Biggs & Featherbelle, LLC ("B&F") in the captioned action. In accordance with Rule 1(E) of the Court's Individual Rules of Practice in Civil Cases, B&F submits this letter to respectfully request an adjournment of the in-person initial pretrial conference scheduled for July 14, 2026 at 4:00 p.m. Plaintiff consents to the request.

At present, B&F's response to the Complaint is due on or before August 4, 2026. B&F respectfully submits that adjourning the initial conference until a date following August 4, 2026 would allow B&F to more fully investigate the allegations from the Complaint, and that the additional time would likely serve to enhance the productivity of the initial conference for the parties and the Court. This is the first request by any party to this action for an adjournment of the initial pretrial conference date, and upon information and belief, a brief adjournment of the conference would not disrupt or interfere with any existing deadlines entered by the Court. Plaintiff consents to the requested adjournment.

B&F appreciates the Court's consideration of the instant request.

Respectfully Submitted,

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

*Gregory R. Bennett*

Gregory R. Bennett

cc: Plaintiff's Counsel (via ECF only)

Application granted. The initial pretrial conference is adjourned to August 20, 2026 at 1:00 p.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9.

SO ORDERED.
Date: July 7, 2026
New York, New York

GREGORY H. WOODS
United States District Judge